STATE of Missouri, Respondent,

v.

Vincent NEWMAN, Appellant.

### No. ED 101773

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

Filed: December 20, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied
January 30, 2017

Application for Transfer Denied
April 4, 2017

Scott Thompson, St. Louis, MO, for appellant.

Robert J. Bartholomew, Assistant Attorney General, Jefferson City, MO, for respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, Judge.

### ORDER

PER CURIAM.

Vincent Newman appeals the judgment entered on a jury verdict convicting him of one count of first-degree robbery, one count of first-degree assault, and two counts of armed criminal action. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, how-

ever, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).